IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI, | No. 2:23-cv-01809-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| TAN, | |
| Defendant. | |

     Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

     On June 26, 2024, the Magistrate Judge filed findings and recommendations. The Magistrate Judge recommends denying plaintiff's request to proceed in forma pauperis based on his previous, unsuccessful litigation and 28 U.S.C. § 1915(g). ECF No. 16. The findings and recommendations were served on the parties and contained notice that the parties may file objections. Plaintiff filed a letter, titled "Objection to the Court," in response to the findings and recommendations, but rather than objecting to the findings and recommendations, the letter confirms plaintiff is "willing to pay court fee when [he] has funds." ECF No. 17.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 26, 2024, ECF No. 16, are adopted in full.

2. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 5, is DENIED.

3. Plaintiff shall pay the full filing fees for this action in the amount of $405.00,[1] less any amounts already paid as partial monthly payments, within 30 days of the date of this order.

4. This matter is referred back to the assigned Magistrate Judge for further proceedings.

DATED: October 3, 2024.

UNITED STATES DISTRICT JUDGE

---

[1] The findings and recommendations incorrectly state the filing fee for litigants who are not proceeding in forma pauperis is $350.00.