UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHU CHINSAMI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAN,<br><br>　　　　Defendant. | No. 2:23-cv-1809-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 20) |

Plaintiff Shu Chinsami is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute and failure to comply with a court order. (Doc. No. 20.) Specifically, Plaintiff has failed to comply with the court's order issued October 4, 2024, in which Plaintiff was ordered to pay the required filing fees for this case within thirty (30) days. (Doc. No. 18.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 20 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on November 18, 2024 (Doc. No. 20) are adopted in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 17, 2025**

Dena Coggins
United States District Judge

2